To;   Clerk US District Court
      District of Nevada
      400 South Street., Room 301
      Reno, NV 89501

From; Roger Gifford
      15226 Hornbrook Rd
      Hornbrook, CA 96044
      (530) 340-1395



3:13-cv-00515_RJC-VPC

 

This letter is to inform you of my property having been returned to me on February 12, 2015 by the Bureau of Indian Affairs.

I request the 41g motion currently in front of this court be dismissed without prejudice, to filing of a complaint under title 42 1983 relating to the illegal seizure & detention of my property, and request no costs to either party.

Dated;     March 24, 2015

Sincerely,

Roger Gifford

ORDER

IT IS HEREBY ORDERED that this case is DISMISSED.   The Clerk of the court shall close the case.

IT IS SO ORDERED this 23rd day of April, 2015.

_____
ROBERT C. JONES